IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § |
| | § |
| Plaintiff, | § |
| | § CIVIL ACTION NO. 3:17-cv-00154-slc |
| v. | § |
| | § JURY TRIAL DEMANDED |
| LANDS' END, INC. | § |
| | § |
| | § |
| Defendant. | § |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Symbology Innovations, LLC hereby moves for an order dismissing all claims by Plaintiff against Defendant Lands' End, Inc., in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED.

Dated: May 26, 2017

By: */s/Carlos R. Pastrana*
Carlos R. Pastrana, Esq.
State Bar No. 1088286
Nelson W. Phillips III
State Bar No. 1028189
**MWH Law Group LLP**
735 N. Water Street, Suite 610
Milwaukee, WI 53202
Telephone: (414) 436-0353
Facsimile: (414) 436-0354
Email: carlos.pastrana@mwhlawgroup.com
Email: nelson.phillips@mwhlawgroup.com

By: */s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue

San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
**SYMBOLOGY INNOVATIONS, LLC**


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 26th day of May, 2017.

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres Oyola